AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY 26 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Praepitcha Smatsorabudh,
a/k/a, "Prim,"

Defendant(s)

Case No. 16-MJ-234

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 2014** in the county of **Arlington** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kellen S. Dwyer, AUSA

*Complainant's signature*
William F. Corcoran, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Date: 05/26/2016

*Judge's signature*
The Honorable Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*

City and state: Alexandria, Virginia